**Patricia PRESLEY, Oklahoma County District Court Clerk ex rel. COURT FUND GOVERNING BOARD OF OKLAHOMA COUNTY, Petitioner,**

v.

**The OKLAHOMA DEPARTMENT OF CORRECTIONS, a State Agency, Respondent.**

No. 90608.

Supreme Court of Oklahoma.

Feb. 17, 1998.

*ORDER*

KAUGER, Chief Justice.

Application to assume original jurisdiction is *denied.* The court notes that:

(1) This is *not* a claim *against the court fund* but rather one to be brought *by the court clerk* who is the official charged with the duty of collecting accrued and unpaid costs. 20 O.S.Supp.1993 § 1301; 28 O.S.Supp.1997 § 31.

(2) The court clerk's claim should be prosecuted in each case for the affected district court rather than on behalf of the court fund in the county; and

(3) Costs must be enforced in the action in which they are taxed and not by a subsequent suit. *Moses v. Hoebel,* 1982 OK 26, 646 P.2d 601, 604; *Kerr v. United Collection Service,* Okl., 267 P.2d 611, 612 (1954).

HODGES, LAVENDER, SIMMS, HARGRAVE, OPALA, and ALMA WILSON, JJ., concur.

WATTS, J., concurs in part, dissents in part.

SUMMERS, V.C.J., not participating.